Filing # 71433036 E-Filed 04/30/2018 03:50:10 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY,
FLORIDA

**TIFFANY MANSELL,**  CASE NO:

    **Plaintiff,**

vs.

**345 WEST FAIRBANKS, LLC,**

    **Defendant.**  /

## COMPLAINT

COMES NOW Plaintiff, TIFFANY MANSELL, and sues Defendant, 345 WEST FAIRBANKS, LLC, and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Seminole County, Florida.

3. At all times material to this action, Defendant, 345 WEST FAIRBANKS, LLC, is a Florida limited liability company and is authorized to do and doing business in Orange County, Florida.

4. At all times material hereto, Defendant was the owner and in possession of that paved property located at 345 West Fairbanks Avenue, Orange County, Florida, open to the general public, including the Plaintiff herein.

5. On or about July 24, 2016. Plaintiff was at that certain property located at 345 West Fairbanks Avenue, Orange County, Florida.



6. At said time and place, Plaintiff was an invitee lawfully upon the premises that was owned and in control of the Defendant, who owed Plaintiff a duty to exercise reasonable care for her safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a) Negligently failing to maintain or adequately maintain the paved area located at 345 West Fairbanks Avenue, Orange County, Florida, thus creating a hazardous condition to members of the public utilizing said paved area, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently failing to inspect or adequately inspect the paved area, as specified above, to ascertain whether the unmaintained paved area constituted a hazard to pedestrians/patrons utilizing said paved area, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to warn or adequately warn the Plaintiff of the danger of the defective paved area as specified above, when Defendant knew or through the exercise of reasonable care should have known that said paved area was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the paved area as specified above, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8.  As a result, while Plaintiff was walking to her vehicle in the paved area owned and in control of the Defendant, she tripped and injured herself on a hole in the paved area.

9.  As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, TIFFANY MANSELL, sues the Defendant, 345 West Fairbanks Avenue, Orange County, Florida, for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 30th day of April, 2018.

*//S/ Mario Romero, Esq.*
Mario Romero, Esquire
FBN 0990639
Morgan & Morgan, P.A.
198 Broadway Avenue
Kissimmee, Florida 34741
Telephone: (407) 452-6990
Facsimile: (407) 452-6989
Primary Email: mromero@forthepeople.com
Secondary emails: evetterodriguez@forthepeople.com
Tertiary E-Mail Address: adasilva@forthepeople.com
Attorneys for Plaintiff